JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| NATHAN ALLEN HUYCK, | No. ED CV 14-326-GAF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CLIFF ALLENBY, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: September 15, 2014

_____
HONORABLE GARY A. FEESS
SENIOR UNITED STATES DISTRICT JUDGE

**JS-6**